# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

 FIRST NATIONAL BANK OF ARIZONA
 v.
 EXCLUSIVE BANCORP, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 FIRST NATIONAL BANK OF ARIZONA, Plaintiff

```
FILED
MAY 12, 2008                    YM
08CV2731
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER
```

| | |
|---|---|
| NAME (Type or print) <br> Craig C. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/  Craig C. Smith | |
| FIRM <br> Smith & Weik, LLC | |
| STREET ADDRESS <br> 19 S. LaSalle St., Suite 601 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6238126 | TELEPHONE NUMBER <br> 312-895-4560 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐