## United States District Court for the Northern District of Illinois

Case Number: 08CV2731    Assigned/Issued By: DAJ

Judge Name: CASTILLO    Designated Magistrate Judge: SCHENKIER

---

**FEE INFORMATION**

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2768642

Date Payment Rec'd: 05/12/08    Fiscal Clerk: DAJ

---

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons       _____
[ ] Citation to Discover Assets              _____
[ ] Writ _____                (Victim, Against and $ Amount)
        (Type of Writ)

_1_ Original and _0_ copies on _05/12/08_ as to _DEF._ _____

C:\wpwin80\docket\feeinfo.frm    03/14/05