IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST NATIONAL BANK OF ARIZONA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 08 C 2731 |
| | ) | |
| EXCLUSIVE BANCORP, INC., | ) | Judge Castillo |
| Defendant, | ) | |

**INITIAL STATUS REPORT**

     NOW COMES Plaintiff, First National Bank of Arizona ("FNBA") by and through its attorney, Craig C. Smith of Smith & Weik, LLC, and for its Initial Status Report states as follows:

**A.     Nature of the Case**

     **1.     Basis for Jurisdiction and Nature of Claims**.  Jurisdiction is based on diversity of citizenship.  Plaintiff is a National Bank with its main office in Arizona.  Defendant is an Illinois corporation with its principal place of business in Illinois.  The amount in controversy exceeds $75,000.00.

Plaintiff has filed a single-count, breach of contract complaint against the Defendant.  Plaintiff contends that Defendant breached certain representations and warranties in a written broker agreement when it brokered to Plaintiff two mortgage loans containing false information on the loan application. Plaintiff believes that one or more individuals (employees or agents of Defendant) were responsible for the misrepresentations, but the identity of the individual(s) is unknown to Plaintiff at this time.  After conducting some initial discovery, Plaintiff will be able to identify the responsible individual(s) and will seek leave to amend its Complaint to add the responsible individual(s).

     **2.     Relief sought by Plaintiff.**  Plaintiff seeks money damages for breach of contract.  Plaintiff's damages are calculated according to the formula set forth in the written Broker Agreement attached to Plaintiff's Complaint.  Plaintiff also seeks its attorneys fees and costs as provided for in the Agreement.

     **3.     Names of any parties that have not been served.**  The Defendant was served on June 24, 2008.  Its Answer is therefore due on July 14, 2008.  Defendant has not yet appeared or answered.

     **4.     Major Legal Issues**.  Plaintiff does not believe that there are any major legal issues at this time.

  **5.** **Major Factual Issues.**  The major factual issue is whether the Defendant submitted false information in a loan package it brokered to Plaintiff.

  **6.** **Citations to Key Authorities.**  Plaintiff is not aware of any key authorities at this time.

**B.** **Outline of Draft Scheduling Order**

  Parties to make 26(a)(1) Disclosures on ore before July 31, 2008

  All fact discovery to be commenced in time to be completed by March 31, 2009

  Initial written discovery to be issued by August 15, 2008

  Pleadings to be amended and parties to be joined by October 31, 2008

  Parties to make Rule 26(a)(2) disclosures on or before February 16, 2009

  Expert Discovery to be complete on or before June 30, 2009

  Reports from retained experts are due as follows:
    From Plaintiff April 30, 2009
    From Defendant May 29, 2009

  Dispositive Motions shall be filed on or before July 1, 2009

  Final pretrial order is due October 1, 2009

  Case shall be ready for trial on October 15, 2009

**C.** **Trial Status**

  **1.** **Status of Jury Demand.**  Plaintiff has not demanded a jury.  Defendant has not yet appeared or answered.

  **2.** **Probable Length of Trial**.  Plaintiff expects a trial to last 1-3 days.

**D.** **Consent to Proceed Before a Magistrate Judge**

  At this time the parties do not unanimously consent to proceed before the Magistrate Judge.

**E.     Settlement Status**

      Counsel for Plaintiff has discussed settlement possibilities with the President of the Defendant corporation.  Plaintiff has sent a demand letter to Defendant and will wait for a response.

                                   Respectfully Submitted,

                                   FIRST NATIONAL BANK OF ARIZONA

                                   s/Craig C. Smith_____
                                   One of Its Attorneys

Craig C. Smith 6238126
Michael J. Weik
Smith & Weik, LLC
10 S. LaSalle St., Suite 3702
Chicago, IL 60603
312-895-4560