**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

First National Bank of Arizona
          Plaintiff,

v.                Case No.: 1:08−cv−02731
                Honorable Ruben Castillo

Exclusive Bancorp, Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 7/16/2008. Full, confidential settlement reached. This case is dismissed without prejudice subject to a dismissal with prejudice upon the filing of an appropriate stipulation within 100 days. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.